1
2
3
4
5
6
7
8                IN THE UNITED STATES DISTRICT COURT
9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   SCOTT N. JOHNSON,                CIV. NO. 06-2887 DFL EFB
12        Plaintiff,
13      v.                            ORDER RE DISPOSITION AFTER
                                      NOTIFICATION OF SETTLEMENT
14   KENNETH S. TANIZAKI, et al.,
15        Defendants.
                                   /
16
17     The court has been advised by plaintiff's attorney,
18   Scott N. Johnson, Esq., that this action has been settled.
19   Therefore, it is not necessary that the action remain upon the
20   court's active calendar.
21     Accordingly, IT IS ORDERED:
22     1.   That counsel file settlement/dismissal documents, in
23   accordance with the provisions of Local Rule 16-160, no later
24   than June 21, 2007; and
25   //
26   //

1

2. That all hearing dates previously set in this matter are vacated.

IT IS SO ORDERED.

Dated:  June 1, 2007

/s/ David F. Levi
DAVID F. LEVI
United States District Judge